AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henderson, Karen L. | US Circuit Court of Appeals, District of Columbia Circuit | 08/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

US Courthouse, Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acccount | | None | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | J | T | | | | | |
| 3. Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 4. **Suntrust Cash Account | A | Dividend | M | T | | | | | |
| 5. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 6. Morgan Stanley Account Contains: | | | | | | | | | |
| 7. **Morgan Stanley Cash Accounts | A | Interest | K | T | | | | | |
| 8. **AT&T Inc.: Common | | None | K | T | | | | | |
| 9. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 10. **NCR Corp: Common | | None | J | T | | | | | |
| 11. **Teradata Corp: Common | | None | J | T | | | | | |
| 12. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 13. IRA: Morgan Stanley Contains: | | | | | | | | | |
| 14. **AT&T Inc.: Common | | None | L | T | | | | | |
| 15. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |
| 16. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 17. **Intl Business Machines Corp.: Common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **NCR Corp.: Common | | None | J | T | | | | | |
| 19. **Teradata Corp: Common | | None | J | T | | | | | |
| 20. **Morgan Stanley Cash Accounts | A | Interest | M | T | | | | | |
| 21. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 22. Merrill Lynch Account Contains: | | | | | | | | | |
| 23. **Merrill Lynch Cash Accounts | A | Interest | M | T | | | | | |
| 24. Merrill Lynch IRA Contains: | | | | | | | | | |
| 25. **AT&T, Inc.: Common | B | Dividend | K | T | | | | | |
| 26. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 27. **Marathon Oil Corp: Common | A | Dividend | K | T | | | | | |
| 28. **Marathon Petroleum: Common | C | Dividend | M | T | | | | | |
| 29. **Merrill Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 30. Wells Fargo Rollover IRA Contains: | | | | | | | | | |
| 31. **Wells Fargo PT Money Market Fund | A | Interest | P1 | T | | | | | |
| 32. **United States Treasury Bills Due 01/29/2015 | A | Interest | | | Redeemed | 01/29/15 | P1 | | |
| 33. Stanley Black & Decker Corp.: Common | A | Dividend | L | T | | | | | |
| 34. Bank America Corp.: Common | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. The Boeing Co.: Common | E | Dividend | O | T | | | | | |
| 36. Campbell Soup Co.: Common | D | Dividend | N | T | | | | | |
| 37. Colgate-Palmolive Co.: Common | E | Dividend | P1 | T | | | | | |
| 38. General Electric Co.: Common | E | Dividend | P1 | T | | | | | |
| 39. The Goodyear Tire & Rubber Co.:Common | A | Dividend | L | T | | | | | |
| 40. IBM Corp.: Common | D | Dividend | M | T | | | | | |
| 41. Exxon-Mobil Corp.: Common | E | Dividend | N | T | | | | | |
| 42. Kinder Morgan | D | Dividend | K | T | | | | | |
| 43. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 44. Marathon Group: Common | C | Dividend | L | T | | | | | |
| 45. Marathon Petroleum: Common | D | Dividend | N | T | | | | | |
| 46. Monsanto: Common | D | Dividend | N | T | | | | | |
| 47. Chevron Corporation: Common | E | Dividend | N | T | | | | | |
| 48. Weyerhaeuser Co.: Common | C | Distribution | M | T | | | | | |
| 49. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 50. Allstate: Common | A | Dividend | K | T | | | | | |
| 51. Delhaize Group Spons: Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DirecTV Group, Inc.: Common | | None | | | Sold | 07/24/15 | J | A | |
| 53. Discover Financial Services: Common | A | Dividend | J | T | | | | | |
| 54. Federal Signal Corp: Common | A | Dividend | L | T | | | | | |
| 55. Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 56. Morgan Stanley: Common | A | Dividend | J | T | | | | | |
| 57. 21st Centruy Fox | A | Dividend | J | T | | | | | |
| 58. Royal Dutch Shell: Common | F | Dividend | O | T | | | | | |
| 59. Schlumberger Ltd.: Common | D | Dividend | N | T | | | | | |
| 60. Transocean Inc.: Common | A | Dividend | J | T | | | | | |
| 61. Valhi Inc.: Commom | A | Dividend | J | T | | | | | |
| 62. Total S.A. :Common Stock | A | Dividend | J | T | | | | | |
| 63. Springtree Associates Partnership: 1% Interest (Columbia, SC) | B | Rent | J | W | | | | | |
| 64. | A | Interest | | | | | | | |
| 65. Wells Fargo Bank Account | A | Interest | N | T | | | | | |
| 66. First Citizens Bank Account | A | Interest | N | T | | | | | |
| 67. NBSC Money Market Account | A | Interest | M | T | | | | | |
| 68. BB&T Money Market Account | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. South State Bank | A | Interest | M | T | | | | | |
| 70. TD Bank Money Market Account | A | Interest | M | T | | | | | |
| 71. Minnesota Mutual Life Insurance Policy | A | Dividend | L | T | | | | | |
| 72. John Hancock Life Insurance Policy | A | Dividend | J | W | | | | | |
| 73. Merrill Lynch SEP Contains: | | | | | | | | | |
| 74. **Merrill Lynch SEP Cash Accounts | A | Interest | J | T | | | | | |
| 75. **Chevron Corp: Common | D | Dividend | M | T | Sold (part) | 11/18/15 | J | B | |
| 76. **Thornburg International Value Fund | A | Dividend | | | Sold | 11/18/15 | L | A | |
| 77. Wells Fargo Bank Trust Contains: | | | | | | | | | |
| 78. **Cash accounts | | None | J | T | | | | | |
| 79. **American Cnetury Tax Free Bond | A | Dividend | K | T | Buy (add'l) | 04/22/15 | J | | |
| 80. | | | | | Sold (part) | 07/23/15 | J | A | |
| 81. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 82. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 83. | | | | | Sold (part) | 11/12/15 | J | A | |
| 84. **AQR Managed Futures | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 85. | A | Distribution | | | Sold (part) | 04/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 87. | | | | | Buy (add'l) | 01/26/15 | J | | |
| 88. **Artisan International Fund | | None | | | Sold (part) | 04/22/15 | J | A | |
| 89. | | | | | Sold | 05/15/15 | J | | |
| 90. **Artisan Mid Cap Fund | A | Distribution | J | T | Buy (add'l) | 01/26/15 | J | | |
| 91. | | | | | Sold (part) | 04/22/15 | J | A | |
| 92. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 93. | | | | | Sold (part) | 12/10/15 | J | A | |
| 94. **ASG Global Alternatives | A | Dividend | J | T | Sold (part) | 04/22/15 | J | A | |
| 95. | A | Distribution | | | Sold (part) | 10/28/15 | J | A | |
| 96. **Barclays Bank PLC iPath Bloomberg | | None | | | Sold | 01/26/15 | J | A | |
| 97. **Credit Suisse Commodity | | None | J | T | Buy (add'l) | 01/26/15 | J | | |
| 98. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 99. | | | | | Sold (part) | 07/23/15 | J | A | |
| 100. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 101. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 102. | | | | | Sold (part) | 04/22/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/23/15 | J | A | |
| 104. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 105. **Dreyfus Emerging Markets Debt Fund | A | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 106. | | | | | Sold (part) | 04/22/15 | J | A | |
| 107. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 108. | | | | | Sold | 12/21/15 | J | A | |
| 109. **Dreyfus International Bond Fund | A | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 110. | | | | | Sold (part) | 06/11/15 | J | A | |
| 111. | | | | | Sold | 07/23/15 | J | A | |
| 112. **Dreyfus Tax Exempt | A | Interest | J | T | | | | | |
| 113. **Driehaus Active Income | A | Dividend | | | Sold (part) | 01/22/15 | J | A | |
| 114. | | | | | Sold | 10/28/15 | J | A | |
| 115. **Eaton Vance Global | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 116. **Fidelity Emerging Markets | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 117. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 118. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 119. **Harbor Capital Appreciation Fund | A | Dividend | K | T | Buy (add'l) | 01/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | B | Distribution | | | Sold (part) | 04/22/15 | J | A | |
| 121. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 122. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 123. | | | | | Sold (part) | 11/12/15 | J | A | |
| 124. **iShares Core S&P 500 | A | Dividend | | | Sold (part) | 01/26/15 | J | A | |
| 125. | | | | | Sold | 07/27/15 | J | B | |
| 126. **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 04/22/15 | J | A | |
| 127. | A | Distribution | | | Buy (add'l) | 07/27/15 | J | | |
| 128. **Kalmar Growth with Value Small Cap Ins FD | | None | | | Sold (part) | 04/22/15 | J | A | |
| 129. | | | | | Sold | 07/23/15 | J | A | |
| 130. **The Merger Fund Class International | A | Dividend | J | T | Sold (part) | 01/22/15 | J | A | |
| 131. | A | Distribution | | | Sold (part) | 10/28/15 | J | A | |
| 132. **MFS Value Fund | A | Dividend | K | T | Sold (part) | 01/22/15 | J | A | |
| 133. | A | Distribution | | | Buy (add'l) | 07/27/15 | J | | |
| 134. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 135. | | | | | Sold (part) | 11/12/15 | J | A | |
| 136. **Neuberger Berman Long Short Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. **Nuveen High Yield Muni | A | Dividend | J | T | Sold (part) | 08/31/15 | J | A | |
| 138. **Nuveen International Duration | A | Dividend | K | T | Sold (part) | 01/23/15 | J | A | |
| 139. | | | | | Sold (part) | 04/22/15 | J | A | |
| 140. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 141. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 142. | | | | | Sold (part) | 11/12/15 | J | A | |
| 143. **Nuveen Limited Term Muni | A | Dividend | K | T | Buy (add'l) | 04/22/15 | J | | |
| 144. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 145. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 146. | | | | | Sold (part) | 11/12/15 | J | A | |
| 147. **Oppenheimer Developing Markets Fund Class I | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 148. | | | | | Sold (part) | 04/22/15 | J | A | |
| 149. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 150. | | | | | Sold (part) | 11/12/15 | J | A | |
| 151. **PIMCO Foreign Bond Fund | A | Dividend | | | Sold (part) | 06/11/15 | J | A | |
| 152. | | | | | Sold | 07/23/15 | J | A | |
| 153. **Principal Global Multi Strategy Fund | | None | | | Sold | 10/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. **SPDR DJ Wilshire International | A | Dividend | J | T | Sold (part) | 01/26/15 | J | A | |
| 155. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 156. **Stratton Small Cap Value | | None | | | Buy (add'l) | 01/26/15 | J | | |
| 157. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 158. | | | | | Closed | 11/13/15 | J | | |
| 159. **T Rowe Price Institutional Float | A | Dividend | J | T | Buy (add'l) | 04/22/15 | J | | |
| 160. | | | | | Sold (part) | 08/31/15 | J | A | |
| 161. **Vanguard FTSE Emerging Markets | A | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 162. | | | | | Sold | 07/27/15 | J | A | |
| 163. **Vanguard REIT Viper | A | Dividend | J | T | Sold (part) | 01/26/15 | J | A | |
| 164. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 165. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 166. **American Centruy Small Cap Growth Fund | | None | J | T | Buy | 07/27/15 | J | | |
| 167. **Artisan Intenational Fund #662 | A | Distribution | J | T | Buy | 05/15/15 | J | | |
| 168. | | | | | Sold (part) | 07/23/15 | J | A | |
| 169. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 170. **Blackrock Global Long/Short Credit Fund | A | Dividend | J | T | Buy | 10/28/15 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. **iShares Russell Mid Cap | A | Dividend | J | T | Buy | 12/14/15 | J | | |
| 172. **Streling Stratton Small Cap Value Fund | A | Dividend | J | T | Open | 11/13/15 | J | | |
| 173. **T Rowe Price Real Estate Fund | | None | J | T | Buy | 12/29/15 | J | | |
| 174. Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 175. **Cash Accounts | | None | J | T | | | | | |
| 176. **US Treasury Bill Due 04/02/2015 | A | Interest | | | Redeemed | 04/02/15 | P1 | | |
| 177. **US Treasury BIll Due 10/03/2015 | | None | | | Buy | 04/06/15 | P1 | | |
| 178. | A | Interest | | | Redeemed | 10/08/15 | P1 | | |
| 179. **US Treasury Bill due 05/26/16 | | None | P1 | T | Buy | 11/23/15 | P1 | | |
| 180. AT&T STOCK | | None | J | T | Buy | 07/24/15 | J | | |
| 181. NEWSCORP STOCK | A | Dividend | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 52 & Line 180 - DirectTV was acquired by AT&T effective July 24, 2015.  No gian or loss was recogniaed because the DirectTV shares were replaced with AT&T shares of same value.

Part VII - Line  89 and Line 167 - Artisan International Fund was exchangd for Artisan International Fund 662 on 5/15/2015.

Part VII - Line 156 - 158 & Line 1742 Stratton Small Cap Value closed 11/13/15 and opened as Sterling Capital Stratton Small Cap Value Fund on same date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544